**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MASCHMEYER CONCRETE
COMPANY OF FLORIDA,

            Plaintiff,

v.                                     Case No. 6:15-cv-912-Orl-37KRS

AMERICAN SOUTHERN INSURANCE
COMPANY,

            Defendant.

_____

**ORDER**

This cause is before the Court on the following matters:

(1)     Plaintiff's Motion to Strike Affirmative Defenses of Defendant American Southern Insurance Company (Doc. 57), filed February 12, 2016;

(2)     Defendant's (a) Response to Plaintiff's Motion to Strike Affirmative Defenses of Defendant American Southern Insurance Company [DN57] and (b) Response to Plaintiff's Motion to Strike Paragraphs 12, 18, and 25 in Answer to Amended Complaint [DN58] (Doc. 83), filed February 26, 2016; and

(3)     Report and Recommendation (Doc. 93), filed March 4, 2016.

**DISCUSSION**

On March 4, 2016, U.S. Magistrate Judge Karla R. Spaulding entered a thorough and well-reasoned Report and Recommendation advising that Plaintiff's Motion to Strike Affirmative Defenses (Doc. 57) should be granted in part and denied in part ("**Report**"). (Doc. 93.) No objections to the Report have been filed, and the deadline to file objections

has passed. *See* Fed. R. Civ. P. 72(b)(2). Upon review, the Court finds that the Report is due to be approved and adopted.

## CONCLUSIONS

It is hereby **ORDERED AND ADJUDGED** that:

(1)   The Report and Recommendation (Doc. 93) is **APPROVED AND ADOPTED**.

(2)   Plaintiff's Motion to Strike Affirmative Defenses of Defendant American Southern Insurance Company (Doc. 57) is **GRANTED with respect to Defendant American Southern Insurance Company's Ninth and Twenty-Second Affirmative Defenses, and is DENIED in all other respects**.

(3)   Defendant American Southern Insurance Company's Ninth and Twenty-Second Affirmative Defenses (Doc. 53) are **STRICKEN**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 4, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record